UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                                              CASE NO. 08-34884
                                                                                                         CHAPTER 13
MIGUEL GARCIA
JOSEFINA GARCIA                                                                   JUDGE JACK B SCHMETTERER

              DEBTORS                                                                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  RBS CITIZENS

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 3 | 8544 8642HOUSTON | $6,536.10 | $7,100.00 | $7,218.85 |
| Total Amount Paid by Trustee | | | | | $7,218.85 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit           **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-34884

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 26th day of March, 2013.

Debtor:
MIGUEL GARCIA
JOSEFINA GARCIA
8642 S HOUSTON AVE..
CHICAGO, IL  60617

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
RBS CITIZENS
% CCO MORTGAGE
10561 TELEGRAPH RD
GLEN ALLEN, VA  23059

Mortgage Creditor:
RBS CITIZENS NA
% FISHER & SHAPIRO LLC
2121 WAUKEGAN RD # 301
NORTHBROOK, IL  60062-1060

Mortgage Creditor:
BANK OF AMERICA MORTGAGE
475 CROSSPOINT
GETZVILLE, NY  14068

ELECTRONIC SERVICE - United States Trustee


Date:  March 26, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603